UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:09P023TPS |
| : | |
| GORDON H. HARRIS : | |

PRETRIAL DIVERSION ORDER

The joint motion of the United States and the defendant for a continuance pursuant to 18 U.S.C. Section 3161(h), and for authorization of assistance by the United States Probation Office in connection with a Pretrial Diversion Program in the captioned criminal case is **granted** / denied.

The Clerk of the Court is ordered to transmit a copy of his order to the United States Probation Office.

I ask for this:

Nora R. Dannehy
United States Attorney
District of Connecticut

By: /s/
David K. Loveless, phv02718
Box 5046, Naval Submarine Base New London, Groton, Connecticut 06349
david.loveless@navy.mil   (860) 694-3357

It is so ordered, this 17th day of November, 2009, at Hartford, Connecticut.

/s/ Thomas P. Smith, USMJ

The Honorable Thomas P. Smith
U.S. Magistrate Judge